■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS AKEL, Alias "BROOKLYN TOMMY", Alias "BROOKLYN KID", Alias "THOMAS DORIO", Appellant.— Appeal from a judgment of the County Court, Kings County, rendered February 11, 1958, sentencing appellant to serve from 2½ to 5 years, after he had been found guilty by a jury of being an accessory to a felony (Penal Law, § 2). The notice of appeal states that appeal is also taken from "all of the objections, exceptions and motions made during the trial, after trial, and from all intermediate orders made in this matter". Judgment unanimously affirmed. (See *People* v. *Maimone*, 9 A D 2d 780.) No separate appeal lies from the objections, the exceptions or the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.